UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> PACIFIC GOLD CORP., <br><br> Defendant. <br><br> PACIFIC GOLD CORP., <br><br> Counterclaim Plaintiff, <br><br> -against- <br><br> BLACK MOUNTAIN EQUITIES, INC., YA GLOBAL INVESTMENTS, L.P., YORKVILLE ADVISORS, LLC, TROY RILLO, and ADAM BAKER, <br><br> Counterclaim Defendants. | Docket No. 2:12-cv-01285-KM-CLW <br><br><br> <u>STIPULATION</u> |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff and Counterclaim Defendant Black Mountain Equities, Inc., Counterclaim Defendants YA Global Investments, L.P., Yorkville Advisors, LLC, Troy Rillo and Adam Baker, and Defendant and Counterclaim Plaintiff Pacific Gold Corp., through their respective counsel, that the time in which Plaintiff and Counterclaim Defendants may move, answer, or otherwise respond to Defendant's Second Amended Counterclaims is extended to September 28, 2012.

1788226-1

OLSHAN FROME WOLOSKY LLP

By: _____
Thomas J. Fleming
(admitted *pro hac vice*)
Jennifer L. Heil

Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

*Attorneys for Black Mountain Equities, Inc., YA Global Investments, L.P., Yorkville Advisors, LLC, Troy Rillo, and Adam Baker*

Dated: New York, New York
       September 14, 2012

GREENBERG TRAURIG LLP

By: _____
Roger B. Kaplan
Jason H. Kislin

200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
Tel: (973) 360-7900

*Attorneys for Defendant Pacific Gold Corp.*

Dated: New York, New York
       September 14, 2012

So Ordered

*s/Cathy L. Waldor*

_____
The Honorable ~~Kevin McNulty, U.S.D.J.~~
Cathy L. Waldor, U.S.M.J.

1788226-1