UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC.,<br><br>           Plaintiff,<br><br>-against-<br><br>PACIFIC GOLD CORP.,<br><br>           Defendant. | Docket No. 2:12-cv-01285-KM-CLW<br><br><br>STIPULATION |
| PACIFIC GOLD CORP.,<br><br>           Counterclaim Plaintiff,<br><br>-against-<br><br>BLACK MOUNTAIN EQUITIES, INC., YA GLOBAL INVESTMENTS, L.P., YORKVILLE ADVISORS, LLC, TROY RILLO, and ADAM BAKER,<br><br>           Counterclaim Defendants. | |

     IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff and

Counterclaim Defendant Black Mountain Equities, Inc., Counterclaim Defendants YA Global

Investments, L.P., Yorkville Advisors, LLC, Troy Rillo and Adam Baker, and Defendant and

Counterclaim Plaintiff Pacific Gold Corp., through their respective counsel, that the time in

which Plaintiff and Counterclaim Defendants may move, answer, or otherwise respond to

Defendant's Second Amended Counterclaims is extended to October 29, 2012.

OLSHAN FROME WOLOSKY LLP

By: Thomas J. Fleming
(admitted *pro hac vice*)
Jennifer L. Heil

Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

*Attorneys for Black Mountain Equities,
Inc., YA Global Investments, L.P.,
Yorkville Advisors, LLC, Troy Rillo,
and Adam Baker*

Dated: New York, New York
        September 28, 2012

GREENBERG TRAURIG LLP

By: Roger B. Kaplan
Jason H. Kislin

200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
Tel: (973) 360-7900

*Attorneys for Defendant Pacific Gold
Corp.*

Dated: New York, New York
        September 28, 2012


So Ordered

_____
The Honorable Kevin McNulty, U.S.D.J.

2