UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC.,<br><br>    Plaintiff,<br><br>-against-<br><br>PACIFIC GOLD CORP.,<br><br>    Defendant. | Docket No. 2:12-cv-01285-KM-CLW<br><br>STIPULATION |
| PACIFIC GOLD CORP.,<br><br>    Counterclaim Plaintiff,<br><br>-against-<br><br>BLACK MOUNTAIN EQUITIES, INC., YA GLOBAL INVESTMENTS, L.P., YORKVILLE ADVISORS, LLC, TROY RILLO, and ADAM BAKER,<br><br>    Counterclaim Defendants. | |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff and Counterclaim Defendant Black Mountain Equities, Inc., Counterclaim Defendants YA Global Investments, L.P., Yorkville Advisors, LLC, Troy Rillo and Adam Baker, and Defendant and Counterclaim Plaintiff Pacific Gold Corp., through their respective counsel, that the time in which Plaintiff and Counterclaim Defendants may move, answer, or otherwise respond to Defendant's Second Amended Counterclaims is extended to October 29, 2012.

1802660-1

| OLSHAN FROME WOLOSKY LLP | GREENBERG TRAURIG LLP |
|---|---|
| By: /s/ Thomas J. Fleming<br>(admitted *pro hac vice*)<br>Jennifer L. Heil | By: /s/ Roger B. Kaplan<br>Jason H. Kislin |
| Park Avenue Tower<br>65 East 55th Street<br>New York, New York 10022<br>(212) 451-2300 | 200 Park Avenue<br>P.O. Box 677<br>Florham Park, NJ 07932<br>Tel: (973) 360-7900 |
| *Attorneys for Black Mountain Equities, Inc., YA Global Investments, L.P., Yorkville Advisors, LLC, Troy Rillo, and Adam Baker* | *Attorneys for Defendant Pacific Gold Corp.* |
| Dated: New York, New York<br>September 28, 2012 | Dated: New York, New York<br>September 28, 2012 |

So Ordered

*s/Cathy L. Waldor*

The Honorable ~~Kevin McNulty, U.S.D.J.~~

Cathy L. Waldor, U.S.M.J

10/1/2012

1802660-1

2