UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

  NEWARK

**Judge:**  Kevin McNulty                                                         10/22/12
                                                                           Date of Proceedings

**Court Reporter:** Mollie Ann Giordano

**Deputy Clerk:**   Nitza Creegan


**Title of Case:**                                                **Docket #** Civ.  12-1285 (KM)

BLACK MOUNTAIN EQUITIES, INC.

         v.

PACIFIC GOLD CORP.


**Appearances:**

Thomas J. Fleming, Esq. and Jennifer L. Heil, Esq. for Plaintiff
Roger B. Kaplan, Esq. and Jason H. Kislin, Esq. for Defendant

**Nature of Proceedings:**

Hearing on [13] Motion for Preliminary Injunction.
Decision Reserved.


**Time Commenced:**  10:00
**Time Adjourned:**   12:00

                                                                     Nitza Creegan
                                                                    **Deputy Clerk**

**cc: chambers**