Thomas J. Fleming (admitted *pro hac vice*)
Jennifer L. Heil (JH 4290)
OLSHAN FROME WOLOSKY LLP
*Attorneys for Black Mountain Equities, Inc.,*
*YA Global Investments, L.P., Yorkville Advisors,*
*LLC, Troy Rillo, and Adam Baker*
744 Broad Street
Newark, NJ 07102
Tel: 973.331.7200
jheil@olshanlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., | |
| Plaintiff, | Docket No. 2:12-cv-01285-KM-CLW |
| -against- | |
| PACIFIC GOLD CORP., | Motion Day: |
| Defendant. | December 3, 2012 |
| PACIFIC GOLD CORP., | |
| Counterclaim Plaintiff, | |
| -against- | |
| BLACK MOUNTAIN EQUITIES, INC., YA GLOBAL INVESTMENTS, L.P., YORKVILLE ADVISORS, LLC, TROY RILLO, and ADAM BAKER, | |
| Counterclaim Defendants. | |

[PROPOSED] ORDER

THIS MATTER having been opened to the Court upon application by Olshan Frome

Wolosky LLP, attorneys for plaintiff and counterclaim defendant Black Mountain Equities, Inc.

("Black Mountain") and counterclaim defendants YA Global Investments, L.P. ("YAG"),

Yorkville Advisors, LLC ("Yorkville"), Troy Rillo, and Adam Baker (collectively, the "BME/YAG Parties") for an Order pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) for dismissal of Counts Two through Seven of the Second Amended Counterclaims (Docket # 38) filed by defendant and counterclaim plaintiff Pacific Gold Corp. ("PCFG"), and the Court having read and reviewed the moving papers submitted and any opposition thereto;

It is this __ _____ day of _____ 2012,

ORDERED that Counts Two through Seven of the Second Amended Counterclaims are hereby dismissed; and it is further

ORDERED that _____ _____ _____

_____

_____ ;

and it is further

ORDERED that a copy of the within Order shall be served upon all counsel within ___ days from the date of entry of this Order.

_____

HONORABLE KEVIN MCNULTY

1849020-1