## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BLACK MOUNTAIN EQUITIES, INC.,** | Civ. No. 2:12-CV-01285 (KM)(CLW) |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **PACIFIC GOLD CORP.,** | |
| **Defendant.** | |

**THIS MATTER** having come before the Court on Plaintiff's motion for a preliminary injunction pursuant to Fed. R. Civ. P. 65; and the parties having appeared by their counsel, Jennifer L. Heil, Esq. on behalf of Plaintiff and Roger B. Kaplan, Esq. on behalf of Defendant; and the Court having reviewed the submissions of the parties and heard oral argument on October 22, 2012; for the reasons set forth in the accompanying memorandum opinion; and good cause appearing therefor;

**IT IS** this 27th day of November 2012,

**ORDERED** that the Plaintiff's motion for a preliminary injunction is **DENIED**.

**KEVIN MCNULTY, U.S.D.J.**