# OLSHAN

PARK AVENUE TOWER • 65 EAST 55TH STREET • NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: JHEIL@OLSHANLAW.COM
DIRECT DIAL: 212.451.2399

December 7, 2012

BY ECF

Hon. Kevin McNulty
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:    Black Mountain Equities, Inc. v. Pacific Gold Corp.
               Civil Action No. 2:12-cv-01285 (KM) (MCA)

Dear Judge McNulty:

      We represent Plaintiff and Counterclaim Defendants in the above-referenced action. We write to respectfully request an 11-day extension of the deadline for reply papers on the Motion to Dismiss Counterclaims (Docket No. 49). The current deadline is December 10, 2012, and the new deadline would be December 21, 2012. This would move the current motion day from December 17, 2012 to January 7, 2013. The reason for the request is that my colleague, Thomas Fleming, and I had several unexpected matters arise in other cases this week, thereby delaying our work on the reply papers. We have conferred with counsel for Defendant and Counterclaim Plaintiff Pacific Gold Corp. and they have agreed and consented to the within request.

                                    Respectfully submitted,

                                      Jennifer L. Heil

cc:    Roger Kaplan (via ECF)
       Jason Kislin (via ECF)

SO ORDERED
Kevin McNulty, U.S.D.J.
Date: 12/7/2012