**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

December 11, 2012

| | |
|---|---|
| Jennifer L. Heil, Esq.<br>Olshan, Frome, Wolosky, LLP<br>744 Broad Street<br>16th Floor<br>Newark, NJ 07102 | Jason H. Kislin, Esq.<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>P.O. Box 677<br>Florham Park, NJ 07932 |

**LETTER ORDER**

Re:   Black Mountain Equities, Inc. v. Pacific Gold Corp.
         Civil Action No. 12-1285 (KM)

Dear Counsel:

I have been reassigned case management responsibilities in the above case.

A telephone conference is scheduled for **Tuesday, January 22, 2013 at 11:30 a.m.** One week prior to the conference, each party is to deliver to the court a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Plaintiff's counsel shall initiate the telephone conference.

**SO ORDERED.**

                                                    *s/Madeline Cox Arleo*
                                                   **MADELINE COX ARLEO**
                                                   **United States Magistrate Judge**

cc:   Clerk
       Hon. Kevin McNulty, U.S.D.J.
       File