

Jason Kislin
Tel 973.360.7906
Fax 973.295.1337
kislinj@gtlaw.com

January 7, 2013

**VIA ECF**

Clerk of the United States District Court
 for the District of New Jersey
U.S. District Court, District of New Jersey
M.L. King, Jr. Federal Bldg. and U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Re: **Black Mountain Equities, Inc. v. Pacific Gold Corp.**
**Civil Action No. 2:12-cv-01285(ES)(CLW)**

Dear Sir or Madam:

We represent Defendant/Counterclaim Plaintiff Pacific Gold Corp. ("PGC") in the above-referenced matter. Pursuant to local rule 7.1(d)(5), PGC respectfully requests the automatic extension of the return date for Plaintiff/Counterclaim Defendants' Motion to Dismiss (Dock. #62), which is currently returnable on January 22, 2013. The new return date for the Motion to Dismiss will be February 4, 2013.

Very truly yours,

JASON H. KISLIN

cc: Jennifer Heil (via ECF)
    Thomas Fleming (via ECF)

SO ORDERED
s/Kevin McNulty
Kevin McNulty, U.S.D.J.
Date: 1/8/13

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY*
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS

*OPERATES AS GREENBERG TRAURIG MAHER LLP
*OPERATES AS GREENBERG TRAURIG, S.C.
**A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
^STRATEGIC ALLIANCE

NJ 227,638,834v1 01/07/13
GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
200 Park Avenue ■ P.O. Box 677 ■ Florham Park, NJ 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410