# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**MADELINE COX ARLEO**
**UNITED STATES MAGISTRATE JUDGE**

**MARTIN LUTHER KING COURTHOUSE**
**50 WALNUT ST.**
**ROOM 2060**
**NEWARK, NJ 07101**
**973-297-4903**

January 29, 2013

Jennifer L. Heil, Esq.
Olshan Frome Wolosky, LLP
744 Broad Street
16th Floor
Newark, NJ 07102

Jason H. Kislin, Esq.
Greenberg Traurig, LLP
200 Park Avenue
P.O.Box 677
Florham Park, NJ 07932

## LETTER ORDER

Re:    **Black Mountain Equities, Inc. v. Pacific Gold Corp.**
       **Civil Action No. 12-1285 (KM)**

Dear Counsel:

A settlement conference is scheduled for **Monday, March 4, 2013 at 10:00 a.m.**  One week prior to the conference, each party is to deliver to the court a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement.  Trial counsel are to be present at the conference.  Clients will full settlement authority shall be present at the conference or available by telephone.

**SO ORDERED.**

_s/Madeline Cox Arleo_
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:    Clerk
       Hon. Kevin McNulty, U.S.D.J.
       File